IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-2714-AP**

**KELLI L. SHOEMAKER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

**KANE, J. ORDERS**

On September 1, 2009, this court issued an Order to Show Cause as to why this case should not be dismissed for failure to prosecute.  Rather than respond to the Order to Show Cause, plaintiff wrote a letter that complained about her attorney, who was permitted to withdraw at the request of plaintiff.  At that juncture, plaintiff was then personally responsible for proceeding with her case.

I will once more try to get this case on track.  I will temporarily discharge the Order to Show Cause, and resend the instructions for preparation of the Joint Case Management Plan, with the hopes that plaintiff will review the documents and confer with counsel for the defendant and get the briefing of this matter underway.  The Joint Case Management Plan shall be filed no later than October 7, 2009.  Plaintiff is reminded that it is now her responsibility to comply with the orders of the court.

DATED:  September 16, 2009

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT