IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **08-cv-2714-AP**

**KELLI L. SHOEMAKER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Defendant's Motion to Strike (doc. #17), filed October 7, 2009, is GRANTED. Document No. 16 "Notice" is stricken as inadvertently filed. The Joint Case Management Plan for this case was filed and entered as an order of the court on September 30, 2009.

Dated:  October 7, 2009